# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT



**No. 06-7112**           **September Term, 2006**

06cv01149

Filed On: November 28, 2006

[1007094]
Wayne R. Bartlett,
    Appellant

v.

State of Florida and Florida Department of Children
and Family Services & Kids Hope United,
    Appellees

## ORDER

By order filed July 14, 2006, appellant was directed to file a brief and appendix by August 30, 2006. To date, appellant has not complied with the Court's July 14, 2006 order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 30 days after the date of this order.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Linda Jones
Deputy Clerk

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 1/5/07
BY: _____, Deputy Clerk
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk